IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02228-MSK-KMT

MICHELLE FELIX,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for new dates to: Submit the proposed scheduling order, for involved parties to confer and comply with the disclosure requirement of F.R.C.P. 26(a)(1)" (#15, filed January 12, 2009) is GRANTED. The parties shall submit their proposed scheduling order on or before March 17, 2009. The parties shall confer in accordance with Fed. R. Civ. P. 26(f) on or before March 3, 2009. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before March 17, 2009.

Plaintiff is reminded of her duty to confer with the defendant before filing motions. The Tenth Circuit has cautioned that pro se litigants "must follow the same rules of procedure that govern other litigants." *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders."(citing cases)). The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Dated: January 14, 2009