IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02228-MSK-KMT

MICHELLE FELIX,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Second Motion for Leave to File a Second Amended Complaint" [Document #24, filed January 30, 2009] is **GRANTED**. Document #16, filed January 12, 2009 titled "TITLE I and TITLE V of the Americans With Disabilities Act, TITLE VII of the Civil Rights Act and 1rst (sic) and 14th Amendment CLAIMS" is no longer stricken. The Clerk of Court shall designate document #16 as an amended Complaint, and it will be the operative complaint in this action.

Dated: February 10, 2009.