IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02228–MSK–KMT

MICHELLE FELIX,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant's Motion for Leave to Set Alternate Deposition Dates" (# 47, filed June 2, 2009) is GRANTED. The parties are ORDERED to confer no later than June 8, 2009, to reach mutually agreeable alternate deposition dates, and to file a joint status report no later than June 10, 2009, advising the court of the new dates.

Dated: June 4, 2009