IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02228–MSK–KMT

MICHELLE FELIX,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed: Motion for Leave to Reschedule the Settlement Conference" (# 51, filed June 9, 2009) is GRANTED. The parties shall place a conference call to chambers no later than 5:00 p.m. on June 22, 2009 in order to reschedule the settlement conference.

Dated: June 16, 2009