IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02228–MSK–KMT

MICHELLE FELIX,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed: Plaintiff's Motion for Leave to Change the Deadline to Disclose Expert Witness Testimony" (#60, filed June 25, 2009) is GRANTED. The expert witness disclosure deadline is extended to August 15, 2009. The rebuttal expert witness disclosure deadline is extended to September 15, 2009.

Dated: June 29, 2009