IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No.   08-cv-02228-MSK-KMT            FTR

Date:   November 05, 2009                          Debra Brown, Deputy Clerk

MICHELLE FELIX                                     Pro se

            Plaintiffs.

v.

CITY AND COUNTY OF DENVER                          Robert Wolf

            Defendants.

---

### COURTROOM MINUTES / MINUTE ORDER

---

**MOTIONS HEARING**

**Court in Session: 9:42 a.m.**

Court calls case.  Appearance by Plaintiff, pro se and of counsel for Defendant.

Defendant's [75] MOTION to Compel Fed.R.Civ.P.Rule 37 filed September 16, 2009 and Defendant's [90] Second MOTION to Compel and for Sanctions filed October 08, 2009 at issue. Argument by parties.

- **ORDERED:**   Defendant's [90] Second MOTION to Compel filed October 08, 2009 is **GRANTED**. Plaintiff is ordered to sign medical release form that pertains to the psychotherapy notes.

- **ORDERED:**   Defendant's [75] MOTION to Compel Fed.R.Civ.P.Rule 37 filed September 16, 2009 is **GRANTED in part** and plaintiff is required to answer each Interrogatory in the format provided on or before December 07, 2009, except for the following:

    As to Paragraph 10, 10(a) and 10(b) the Motion for Protective Order is **DENIED**. The Plaintiff is specifically required to answer as to whether she owns any properties, the name(s) of the corporation(s) in which she holds an interest  and the City and State where the property is located. The Plaintiff need not provide the street address for any properties. Ass to Paragraph 10(d) the motion is **DENIED.**

- **ORDERED:**   Mr. Wolf is required to submit to Tafoya_Chambers@cod.uscourts.gov a form of proposed Protective Order on or before November 19, 2009. The request for sanctions is denied.

Plaintiff's [80] Opposed: Plaintiff's MOTION for a Protective Order Pursuant to Rule 26(c)  filed September 25, 2009 at issue.
Argument by parties.

08-cv-02228-MSK-KMT
November 05, 2009
Page 2

**ORDERED:**     Plaintiff's [80] Opposed: Plaintiff's MOTION for a Protective Order Pursuant to Rule 26(c) filed September 25, 2009 is **GRANTED** and Plaintiff is not required to provide the Defendant a street address.

Plaintiff's [78] Opposed: MOTION to Compel filed September 18, 2009 at issue.
Argument by parties.

**ORDERED:**     Plaintiff's [78] Opposed: MOTION to Compel filed September 18, 2009 is **TAKEN UNDER ADVISEMENT.**

**Court in recess: 11:28 a.m.**
Total In-Court Time 1:46; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.