**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No.   08-cv-02228-MSK-KMT          FTR

**Date:**  January 19, 2010                              Debra Brown, Deputy Clerk

MICHELLE FELIX                                  Pro se

                            Plaintiffs.

v.

CITY AND COUNTY OF DENVER                        Robert Wolf

                            Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**MOTIONS HEARING**

**Court in Session: 2:05 p.m.**

Court calls case.  Appearance by Plaintiff, pro se and of counsel for Defendant.

Defendant's [108] MOTION to Strike Expert Designation filed December 04, 2009 and Defendant's [114] MOTION to Strike Plaintiff's Supplemental Expert Disclosures filed December 28, 2009 at issue.
Statements by Mr. Wolf.
Statements by Ms. Felix.

The Court finds as follows:

**ORDERED:**     Defendant's [108] MOTION to Strike Expert Designation filed December 04, 2009 and Defendant's [114] MOTION to Strike Plaintiff's Supplemental Expert Disclosures filed December 28, 2009 are **DENIED for the reasons stated on the record.**  The Court will not assess costs for the filing of these motions.

**ORDERED:**     Motion to Extend Summary Judgment and F.R.E. Rule 702 Motions Deadline, dispositive motions deadline and the deadline to file Rule 702 motions are extended to **February 18, 2010.**

**ORDERED:**     Discovery is hereby **CONTINUED** to February 18, 2010 for the sole purpose of Defendant's taking of the deposition of Bert S. Furmansky, M.D., P.C., Forensic Psychiatry.

**Court in recess: 3:16 p.m.**
Total In-Court Time 1:11; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.